IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR157 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FILEMON VENTURA-SALMERON, | ) | |
| JOSE LUIS JIMENEZ-JIMENEZ and | ) | |
| ARTURO HERNANDEZ, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of defendant Arturo Hernandez (Hernandez) to continue the evidentiary hearing tentatively scheduled for 9:00 a.m. on June 1, 2005 (Filing No. 24). The motion is granted, and the tentative evidentiary hearing scheduled for 9:00 a.m. on June 1, 2005, is **canceled**. A hearing on Hernandez's motion to suppress (Filing No. 22) will be scheduled at a later date following consultation with counsel.

**IT IS SO ORDERED.**

DATED this 20th day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge