IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR157 |
| | ) | |
| v. | ) | |
| | ) | |
| ARTURO HERNANDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      The Court has been advised that defendant wishes to enter a plea in the above matter.  Accordingly,

      IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Thursday, July 28, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between June 21, 2005, and July 28, 2005, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

      DATED this 21st day of June, 2005.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                              LYLE E. STROM, Senior Judge
                              United States District Court